# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2020

### NO. 03-19-00160-CV

**Juan A. Martin-de-Nicolas, Appellant**

**v.**

**Mark Octaviano and Victorio Tostado, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the orders granting summary judgment signed by the trial court on May 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders granting summary judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.